**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01624-ZLW

JOSEPH WILLIAM JEAN-LOUIS,

     Applicant,

v.

WARDEN DANIELS, U.S. Penitentiary, Florence, Colorado,

     Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     Applicant's motion to reinstate his appeal (Doc. #29) filed on December 12, 2011, is DENIED because the Court lacks jurisdiction to consider the motion.  Any motion to reinstate his appeal must be filed in the United States Court of Appeals for the Tenth Circuit.  To the extent Applicant is inquiring about payment of the filing fee, the Court notes that the $5.00 filing fee for this district court habeas corpus action was paid on September 10, 2010.  Applicant did not pay the $455.00 filing fee for his appeal.

Dated:  December 13, 2011